**FILED**
**JUN 1 0 2025**
**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-cr-083 |
| --- | --- | --- |
| v. | ) | INDICTMENT |
| SHELLIE RENEE PRICE, | ) | T. 18 U.S.C. § 641 |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

### COUNTS 1 – 5
### (Theft of Government Money)

From on or about June 3, 2022, to on or about June 7, 2024, in the Southern District of Iowa, the defendant, SHELLIE RENEE PRICE, did knowingly and willfully steal, purloin, and convert money or a thing of value, that is, money of the Social Security Administration, a department and agency of the United States, namely: Social Security disability benefits paid to and intended for another, having an aggregate value greater than $1,000, including on or about the following dates:

| Count | Date | Amount |
| --- | --- | --- |
| 1 | 6/3/2022 – 6/6/2022 | $1,800 |
| 2 | 12/2/22 – 12/6/22 | $1,950 |
| 3 | 6/2/23 – 6/5/23 | $2,000 |
| 4 | 12/1/23 – 12/4/23 | $1,980 |
| 5 | 6/3/24 – 6/7/24 | $2,220 |

Each of these counts is a violation of Title 18, United States Code, Section 641.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Debra Mendenhall
Assistant United States Attorney